UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OKIKO SOUNDIATA,



                Petitioner,

    -against-                    04 Civ. 1412 (DAB)(KNF)
                                      <u>ADOPTION OF REPORT</u>
                                      <u>AND RECOMMENDATION</u>

DALE ARTUS,

                Respondent.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the September 14, 2006 Report and Recommendation ("Report") of United States Magistrate Judge Kevin N. Fox. The Report recommends that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Report at 12.)

    According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); <u>see also</u> Fed. R. Civ. P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised of this procedure in Magistrate Judge Fox' Report and Recommendation, to

date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Kevin N. Fox, dated September 14, 2006, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Upon entry of judgment in the amount stated in the preceding paragraph, the Clerk of Court is directed to CLOSE the docket for this case.

SO ORDERED.

Dated:   New York, New York
         January 12, 2007

_____
DEBORAH A. BATTS
United States District Judge